UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JASON EDWARD SHERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-CV-00009-RWS |
| | ) |
| SHANE DUNLAP, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its own motion. Self-represented plaintiff Jason Edward Sheron has filed a civil action pursuant to 42 U.S.C. § 1983. ECF No. 1. However, he has not filed a motion for leave to proceed *in forma pauperis* or paid the Court's $402 filing fee. Plaintiff will be directed to either file a motion for leave to proceed *in forma pauperis* or pay the full filing fee within **twenty-one (21) days** of the date of this Order. *See* 28 U.S.C. § 1915(a)(1). The Court will direct the Clerk to mail plaintiff an 'Application to Proceed without Prepaying Fees and Costs' form.

If plaintiff files a motion to proceed *in forma pauperis*, he must include a certified copy of his inmate account statement for the six-month period immediately preceding the filing of his complaint. *See* 28 U.S.C. § 1915(a)(2); *see also* 28 U.S.C. § 1915(h) (defining a "prisoner" as including a person detained in any facility who is accused of violations of criminal law). A "certified copy" is one that has been certified by an authorized prison officer that is a true and correct copy.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of its 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that plaintiff must either file a motion for leave to proceed *in forma pauperis* or pay the full filing fee within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff files a motion for leave to proceed *in forma pauperis*, he must also submit a certified copy of his Ste. Genevieve Detention Center "trust fund account statement (or institutional equivalent)" for the six-month period immediately preceding the filing of this action within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to either file a motion for leave to proceed *in forma pauperis* or pay the full filing fee within **twenty-one (21) days** of the date of this order, the Court will dismiss this action without prejudice and without further notice.

Dated this 20th day of January, 2023.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE